**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on this Court's opinion of this date, we **REVERSE** the trial court's November 11, 2014 order sustaining the contests to appellant's affidavit of indigence. Appellant is indigent and is allowed to proceed with this appeal without advance payment of costs.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE